**Brookhaven Plaza Corporation, Plaintiff-Appellant, v. County of DuPage, a Body Politic and Corporate, Defendant-Appellee.**

**Gen. No. 65–95.**

Second District.

June 29, 1966.

Jack M. Siegel and Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons, all of Chicago, for appellant; William V. Hopf, State's Attorney, and Edward Van de Houten, Jr., Assistant State's Attorney, of Wheaton, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.